AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>WILSON JONES<br><br>*Defendant(s)* | )<br>)  Case No. 3:25mj010-RP<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 19, 2024__ in the county of __Alcorn__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(7) | Production of a morphed image of child pornography |
| 18 U.S.C. 2252(a)(5)(B) | Possession of morphed image of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Bo Swindle
*Complainant's signature*

Bo Swindle, TFO FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 6, 2025

*Judge's signature*

City and state: Oxford, MS

Judge Roy Percy, Magistrate Judge
*Printed name and title*